Michael Eyerly, Esq. (SBN 178693)
eyerly@dbelegal.com
Stephen T. Blackburn, Esq. (SBN 232887)
blackburn@dbelegal.com
DEBLASE BROWN EYERLY LLP
10990 Wilshire Boulevard, Suite 1060
Los Angeles, CA 90024
Telephone: (310) 575-9955
Facsimile: (310) 575-9919

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT MURPHY and SUSAN MURPHY,<br><br>Plaintiffs,<br><br>v.<br><br>3M COMPANY, et al.,<br><br>Defendants. | Case No.: 2:12-cv-09368-DMG-SS<br><br>Assigned to the Honorable George H. King<br><br>**PLAINTIFFS' RESPONSE TO THIS COURT'S ORDER TO SHOW CAUSE AS TO WHY SEVEN DEFENDANTS SHOULD NOT BE DISMISSED WITHOUT PREJUDICE**<br><br>[Filed concurrently with Proposed Order Dismissing Entire Action]<br><br>Complaint File: March 14, 2012<br>Trial Date: None |

TO THE COURT, PARTIES AND THEIR ATTORNEYS OF RECORD:

---

1

PLAINTIFFS' RESPONSE TO COURT'S ORDER TO SHOW CAUSE AS TO WHY SEVEN DEFENDANTS
SHOULD NOT BE DISMISSED WITHOUT PREJUDICE

COME NOW PLAINTIFFS ROBERT MURPHY AND SUSAN MURPHY ("Plaintiffs") with their response to this Court's order to show cause in writing within 10 days of its (In Chambers) Order why defendants (1) 3M Company; (2) Buffalo Pumps, Inc.; (3) CBS Corporation, f/k/a Viacom, Inc., successor by merger to CBS Corporation f/k/a Westinghouse Electric Corporation; (4) Crane Co., individually and as successor in interest to Chapman Valves; (5) Mechanical Drives & Belting, f/k/a L.A. Rubber Company; (6) Soco West, Inc., f/k/a Brenntag West Inc., f/k/a Soco-Lynch Corporation, f/k/a Soco-Western Chemical Corporation, f/k/a Stinnes-Western Chemical Corporation; and (7) Spirax-Sarco, Ltd. Plaintiffs should not be dismissed without prejudice for Plaintiffs' failure to diligently prosecute and failure to comply with the Court's order.

Federal policy favors decisions on the merits. Most if not all of these Defendants who purportedly failed to answer or appear in this matter were present for Mr. Murphy's deposition which took place in March of 2013. With respect to these defendats,,Plaintiffs can offer no explanation as to why those defendants have not otherwise appeared in this action, save for those defendants who have settled with Plaintiffs. Defendant Spirax-Sarco, Ltd. was previously provided with a dismissal on October 19, 2012 when this matter was still in state court. *See* Declaration of Stephen Blackburn ""Blackburn Decl.") at **Ex. A.** Defendant Crane Co. was provided with a dismissal when this matter was still in state court on October 22, 2012. Blackburn Decl. at **Ex. B.**

Since Mr. Murphy's deposition, however, Plaintiffs have decided to bring a joint motion for stipulated dismissal without prejudice as to the entire action, a copy of which has been circulated to defendants. Blackburn Decl. **Ex. C**. Plaintiffs presume this stipulation will be agreeable and that this action will be dismissed without prejudice in its entirety as soon as Plaintiffs receive all the necessary signatures from the defendants in this matter. It is hoped this joint motion to dismiss the entire pending action without prejudice makes this order to show cause moot, however, should the Court require additional information, Plaintiffs will promptly provide any additional information necessary.

And if this attempt at a joint dismissal fails, Plaintiffs will happily seek the non-answering defendants' defaults.

DATED: April 22, 2013             DEBLASE BROWN EYERLY LLP


By _____

Stephen T. Blackburn
Attorneys for Plaintiffs

PLAINTIFFS' RESPONSE TO COURT'S ORDER TO SHOW CAUSE AS TO WHY SEVEN DEFENDANTS SHOULD NOT BE DISMISSED WITHOUT PREJUDICE

## PROOF OF SERVICE

*Murphy, et al. vs. BF GOODRICH CO., et al. (2:12-cv-09368-DMG-SSx)*

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the County of Los Angeles, State of California, I am over the age of 18 years and not a party to the within action. My business address is 680 SOUTH SANTA FE AVENUE, Los Angeles, CA 90021.

On April 22, 2013, I caused to be served the foregoing:

**PLAINTIFFS' RESPONSE TO THIS COURT'S ORDER TO SHOW CAUSE AS TO WHY SEVEN DEFENDANTS SHOULD NOT BE DISMISSED WITHOUT PREJUDICE;**

**DECLARATION OF STEPHEN T. BLACKBURN IN SUPPORT OF PLAINTIFFS' RESPONSE TO THIS COURT'S ORDER TO SHOW CAUSE AS TO WHY SEVEN DEFENDANTS SHOULD NOT BE DISMISSED WITHOUT PREJUDICE;**

By electronically serving the documents described above via the United States District Court Electronic Case Filing website (CM/ECF notification system) to all counsel of record and to those registered to receive a Notice of Electronic Filing for this case.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed in Los Angeles, California.

DATE: April 22, 2013

_____
Carrie Ardoin

**PROOF OF SERVICE**